UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 JUN 30 AM 11: 15

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. |
| Plaintiff, | **'08 MJ 1990** |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Eriberto CORDOVA-Masaro,** | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **June 29, 2008** within the Southern District of California, defendant, **Eriberto CORDOVA-Masaro,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **30th** DAY OF **JUNE, 2008**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Eriberto CORDOVA-Masaro

## PROBABLE CAUSE STATEMENT

On Sunday, June 29, 2008, Border Patrol Agent J. Hernandez was assigned line watch duties in the Imperial Beach Border Patrol Station area of operations. At approximately 05:30 a.m., Agent Hernandez responded to a call via radio from the Inside Infrared Scope Operator informing he had observed three individuals crossing over the United States/Mexico Boundary International Border Fence in an area known as East Smugglers. The scope operator then communicated via radio that the three individuals had crossed the road and were heading in a northerly direction.

Upon arriving in the area Agent Hernandez assisted Agent E. O'Neill and performed a search of the area. Agent Hernandez observed three individuals hiding in an area known as the 99 Draw. One of the subjects started running north down the draw to avoid apprehension. Agent Hernandez remounted his Agency marked all terrain service vehicle, (A.T.V) and drove to the bottom of the 99 Draw and started to walk up the draw. At this point Agent Hernandez encountered both subjects. Due to the close proximity to the United States / Mexico International Boundary, which is approximately 100 yards south and the observation of the Inside Infrared Scope Operator, Agent Hernandez performed an Immigration Inspection. He identified himself as a U.S. Border Patrol Agent and questioned the two subjects as to their citizenship. Both of the individuals freely admitted to being citizens and nationals of Mexico illegally present in the United States and neither subject possessed any immigration documentation allowing them to enter or remain in the United States legally. The two suspects were then arrested and escorted out of the draw awaiting a transport vehicle.

Agent B. Lopez who was manning the West Scope Infrared Vehicle, observed the third individual, later identified as the defendant **Eriberto CORDOVA-Masaro**, running south from the top of the draw and towards the border fence. Agent Lopez directed Agent O'Neill towards the location of the defendant. As Agent O'Neill took pursuit, he observed the defendant jump down off a ledge approximately 15 feet and into the middle of 99 draw. Upon hearing this, Agent Briseno and Agent Hernandez started to walk up the 99 Draw from the bottom. As the Agents neared the top of the Draw, they observed the defendant going back up to the top of the draw to avoid apprehension. When the defendant realized that he had no place to go he started climbing up a small crevice in another attempt to evade apprehension. The defendant ignored our verbal commands to come down from the crevice. Only at this point, when Agent O'Neill placed himself above the crevice, did the defendant finally comply with the Agents verbal commands. Agent Hernandez performed an Immigration Inspection on the defendant to determine his citizenship and nationality. The defendant freely admitted to being a citizen and national of Mexico illegally present in the United States and was not in possession of any immigration documents that would allow him to enter or remain in the United States legally. At 5:40 a.m. the defendant was arrested and taken into the Imperial Beach Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on January 14, 2008** through **Brownsville, Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.