AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED

JUL 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES OF AMERICA

v.

ERIBERTO CORDOVA-MASARO

**WAIVER OF INDICTMENT**

CASE NUMBER: _08 CR 2437_

     I, ERIBERTO CORDOVA-MASARO, the above named defendant, who is accused of

committing the following offense:

     Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal
     Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on __7/24/08__ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

X _____
    Defendant

_____
Counsel for Defendant

Before _____
    JUDICIAL OFFICER